

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

   v.

GERALD PITTMAN

Case No. **1:25-cr-00614**
**Judge Sunil R. Harjani**
**Magistrate Judge Gabriel A. Fuentes**
**RANDOM/Cat. 3**

Violation: Title 18, United States Code, Section 922(g)(1)

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about July 28, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

GERALD PITTMAN

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Colt Police Positive Special .32 caliber revolver bearing serial number L71938, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Colt Police Positive Special .32 caliber revolver bearing serial number L71938, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
UNITED STATES ATTORNEY